FILED

08 APR 16 PM 4:37

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MANUEL SANCHEZ, Defendant. | Criminal Case No. '08 CR 1198 JM<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Manuel Sanchez, Criminal Case No. 08CR0767-JM.

DATED: April 16, 2008.

KAREN P. HEWITT
United States Attorney

J. Moore

JEFFREY D. MOORE
Assistant U.S. Attorney