**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 JUL 28 PM 3:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ge DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
MANUEL SANCHEZ,
Defendant.

CASE NO. 08CR1198-JM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

XX the Court has granted the oral motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 25, 2008

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ENTERED ON ________________