# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Manuel Sanchez )

CASE NUMBER 08CR1198-JM

ABSTRACT OF ORDER

Booking No. 69011198

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of July 25, 2008

the Court entered the following order:

✓ Defendant be released from custody, as to this case only.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Deft sentenced in case 08CR0767-DMS.

UNITED STATES MAGISTRATE JUDGE

OR

Received ____
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY